**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **CHAMBERS OF**<br>**ANDRÉ M. ESPINOSA**<br>**UNITED STATES MAGISTRATE JUDGE** | **MARTIN LUTHER KING JR.**<br>**COURTHOUSE**<br>**50 WALNUT STREET**<br>**ROOM 2037, COURTROOM 2D**<br>**NEWARK, NJ 07102**<br>**973.645.3827** |

**<u>LETTER ORDER</u>**

May 29, 2025

To:    Crystal Biton, Pro Se
       Danielle Biton, Pro Se
       POB 264
       HAIFA 3100201
       ISRAEL

       All counsel of record

RE:    **Biton, et al. v. United States of America, et al.**
       **<u>Civil Action No. 24-11458 (CCC)(AME)</u>**

Dear Litigants:

The Court has reviewed the following submissions by pro se Plaintiffs Crystal Biton and Danielle Biton ("Plaintiffs"), styled as motions for various relief:

- A letter dated November 28, 2024, requesting to move this case before a federal grand jury [D.E. 2];
- A February 11, 2025 letter, entitled "Notice of Motion Objecting United Continental Airlines' Motion to Dismiss" [D.E. 15]; and
- A March 22, 2025 letter, entitled "Motion for Immediate Necessary Discovery Without Prejudice, and In Good Faith Pro Se Litigants Trying to Seek Justice for This Serious Human Rights Violations" [D.E. 62]

The Court is also in receipt of the February 5, 2025 motion to dismiss filed by Defendant United Airlines, Inc. [D.E. 11].

1

The Complaint in this matter is dated November 28, 2024, and was received by the Court on or about December 23, 2024. [D.E. 1]. It includes as an attachment Plaintiff Danielle Biton's application to proceed *in forma pauperis*. [D.E. 1-3]. That motion remains pending.

For various reasons, at this juncture, Defendant United Airlines, Inc.'s motion to dismiss and Plaintiffs' various motions must be **administratively terminated** as premature. Before the case, summons, or any motions may proceed, the Court must first, at a minimum, decide whether to grant the *in forma pauperis* application. Then, even if such request to proceed *in forma pauperis* is granted pursuant to 28 U.S.C. § 1915, the Court must still screen the Complaint before the case may move forward. *See, e.g., Watson v. Berryhill*, No. 18-01019, 2018 WL 4016300, at *1 (D. Nev. Aug. 21, 2018) (explaining that "[a]fter granting a request to proceed IFP pursuant to § 1915, federal courts must screen a complaint and any amended complaints before allowing a case to move forward, issuing summonses, and requiring a responsive pleading.").

Accordingly, it is hereby **ORDERED** that Defendant United Airlines, Inc.'s motion to dismiss at D.E. 11 and Plaintiffs' various requests at D.E. Nos. 2, 15, and 62 are **ADMINISTRATIVELY TERMINATED** until further Order.

The Clerk of Court is directed to send a copy of this Order to Plaintiffs at their address of record.

**IT IS SO ORDERED.**

       */s/ André M. Espinosa*
       **ANDRÉ M. ESPINOSA**
       **UNITED STATES MAGISTRATE JUDGE**